PROB 12C
(6/16)

Report Date: April 30, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wilfredo Ariel Solano    Case Number: 0980 1:24CR02023-SAB-1

Address of Offender: ███████████████    Yakima, Washington 98908

Name of Sentencing Judicial Officer: The Honorable William J. Nealon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 25, 2008

| | | | |
|---|---|---|---|
| Original Offense: | Possessing and Carrying a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c) | | |
| Original Sentence: | Prison - 210 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | To be assigned | Date Supervision Commenced: | January 12, 2024 |
| Defense Attorney: | To be assigned | Date Supervision Expires: | January 11, 2027 |

## PETITIONING THE COURT

To issue a warrant.

On January 16, 2024, the supervised release conditions were reviewed and signed by Mr. Solano acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |
| | **Supporting Evidence**: Mr. Solano is alleged to have violated his conditions of supervised release by failing to report law enforcement contact to the probation officer on April 22, 2025. |
| | On Tuesday, April 22, 2025, a deputy in Sherman County, Oregon, conducted a traffic stop on Mr. Solano. Mr. Solano was cited for a speed of 93 miles-per-hour in a 70 mile per hour zone. Mr. Solano failed to report the law enforcement contact to the probation office within 72 hours. |
| 2 | **Standard Condition #3**: The defendant shall answer truthfully all inquires by the probation officer and follow the instruction of the probation officer. |

Prob12C
**Re: Solano, Wilfredo Ariel**
**April 30, 2025**
**Page 2**

**Supporting Evidence**: Mr. Solano is alleged to have violated his conditions of supervised release by not being truthful with a probation officer on April 18, 24, and 29, 2025.

On April 18, 2025, Mr. Solano contacted this officer to report a vehicle accident involving law enforcement. During the conversation, he mentioned that his father was suffering from stage four terminal stomach cancer and expressed his desire to move to New Jersey, to help care for him. This officer informed Mr. Solano he could report to the probation office to begin the transfer request process after returning from his work trip on April 24, 2025. Mr. Solano agreed to report to the office on that date.

On April 24, 2025, Mr. Solano showed up at the probation office as instructed. During the meeting, he reiterated his father had terminal cancer and stated he could provide documentation to verify this situation in order to expedite the transfer request. He agreed to return to the probation office on Wednesday, April 30, 2025, at 2 p.m. to submit the necessary documentation for the transfer request. Mr. Solano also mentioned he would contact this officer if he was unable to report to the probation office on April 30, 2025, due to being assigned a long-haul trucking trip.

It is important to note that during this meeting, Mr. Solano did not disclose he had been terminated from his position at Portland Transport, LLC on Tuesday, April 22, 2025. On April 25, 2025, this officer contacted Mr. Solano's former employer, who confirmed he was terminated for being an insurance risk.

On April 28, 2025, this officer received a telephone call from Alfredo Solano, Sr., the father of Mr. Solano. Mr. Solano, Sr. expressed his frustration after discovering his son had been telling people, including the probation office, that he is terminally ill with cancer, which is not true. At 77 years old, Mr. Solano, Sr. stated that he is in good health. He described Mr. Solano as a habitual liar who has caused him problems throughout his life. Mr. Solano, Sr. Stated he had hoped that after spending 17 years in prison, his son would be a changed man, he found this is not the case. Additionally, Mr. Solano, Sr. mentioned his son is not approved to live with him.

On April 29, 2025, at approximately 2:18 p.m., the Montana Highway Patrol contacted this officer to report an incident involving Mr. Solano in Billings, Montana, for failing to use his turn signal. This officer asked Mr. Solano why he was in Billings. Mr. Solano responded he was on his way to pick up a trailer for work. However, this officer clarified this was not accurate, as he had been terminated from his job on April 22, 2025. This officer instructed Mr. Solano to return to the Eastern District of Washington, and report to the probation office the following day by 2 p.m. Mr. Solano acknowledged the instruction.

Additionally, the Montana State Highway Patrol officer noted Mr. Solano's car had a significant amount of personal belongings inside.

3       **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Solano is alleged to have violated his conditions of supervised release for not notifying the probation officer that he was terminated from his employment on April 22, 2025.

Prob12C
Re: Solano, Wilfredo Ariel
April 30, 2025
Page 3

        Please refer to the narrative found in Violation #2.

4     **Standard Condition #1:** The defendant shall not leave the judicial district without the permission of the court or probation officer.

     **Supporting Evidence:** Mr. Solano is alleged to have violated his conditions of supervised release for leaving the Eastern District of Washington without permission from the Court or probation office on April 29, 2025.

     Please refer to the narrative found in Violation #2.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 30, 2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*
Signature of Judicial Officer

5/1/2025
Date